Virginia Pennington, Administrator of the Estate of Ernest Pennington, Deceased, Plaintiff-Appellee, v. Donald H. McLean, Jr., Defendant-Appellant.

**Gen. No. 11;117.**

Second District, First Division.

October 16, 1959.

Released for publication November 3, 1959.

Leren and Burek, for defendant-appellant; Corrigan, MacKay and Fitzgerald, for plaintiff-appellee. Opinion by JUSTICE DOVE. Not to be published in full.